Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__First__ District of __MASSACHUSETTS__

_____ Division

Case No. _____
(to be filled in by the Clerk's Office)

__CHRISTOPHER B. REILLY__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__SEE ATTACHED__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: CHRISTOPHER B. REILLY
  All other names by which you have been known:
  ID Number: 176943
  Current Institution: HAMPDEN COUNTY HOUSE OF CORRECTION
  Address: 627 RANDALL RD.
  LUDLOW          MA          01056
  City            State       Zip Code

  B.  **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: HAMPDEN COUNTY HOUSE OF CORRECTION
  Job or Title *(if known)*:
  Shield Number:
  Employer:
  Address: 627 RANDALL RD.
  LUDLOW          MA          01056
  City            State       Zip Code
  ☐ Individual capacity   ☑ Official capacity

  Defendant No. 2
  Name: NICHOLAS COCCHI
  Job or Title *(if known)*: SHERIFF
  Shield Number:
  Employer: OFFICE OF THE SHERIFF, HAMPDEN, MA
  Address: 627 RANDALL RD.
  LUDLOW          MA          01056
  City            State       Zip Code
  ☐ Individual capacity   ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Defendant No. 3
        Name                         BRIAN HOAR
        Job or Title *(if known)*    ASSISTANT SHERIFF
        Shield Number
        Employer                OFFICE OF THE SHERIFF, HAMPDEN, MA
        Address                  627 RANDALL RD.
                                 LUDLOW          MA         01056
                                  *City*                *State*        *Zip Code*
                               ☐ Individual capacity    ☑ Official capacity

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Shield Number
        Employer
        Address
                                 *City*                *State*        *Zip Code*
                               ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

            ☐ Federal officials (a *Bivens* claim)

            ☑ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. THE PRISON SEVERED MY ANXIETY MEDICATION COLD TURKEY LEADING TO MONTHS OF TRAUMATIC WITHDRAWALS, EVEN THOUGH I HAD A VALID PRESCRIPTION FOR IT ON INTAKE. CLEAR VIOLATION OF EIGHTH AMENDMENT RIGHTS.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

I WAS ARRESTED IN AGAWAM, MASSACHUSETTS, FOR ALLEGED GUN CRIMES, ON JUNE 18, 2025. THE FOLLOWING MORNING, I WAS TAKEN TO THE HAMPDEN COUNTY HOUSE OF CORRECTION, WHERE A JUDGE HAS ORDERED ME HELD WITHOUT DUE PROCESS SINCE. THAT DAY, A MEDICAL OFFICER INTERVIEWED ME, AND ENCOURAGED ME TO SIGN A HIPAA FORM THAT WOULD BE FAXED TO THE BIG Y PHARMACY ON

Page 4 of 11

(NEXT →)

Prospect Hill Road in East Windsor, Connecticut, where I had my prescription medications dispensed for many years. The form would enable Big Y pharmacists to fax over to the jail a list of my current meds. As the days wore on, I realized that something was missing from my regimen, actually several items, but on consulting with medical staff, these were prescriptions that "could not be filled." Chief among them was clonazepam, whose trade name is Klonopin, in the benzodiazepine class of medications, used in the treatment of epilepsy, but also, and in my case, the treatment of panic and generalized anxiety disorder with agoraphobia. The rationale for NOT dispensing it was never provided to me; jail employees don't like giving reasons. If the reason is that it's a controlled substance, fine. The federal Drug Enforcement Administration classifies benzodiazepines as Schedule IV medications, with I being the least-medically necessary and likeliest for abuse. Three rungs beneath this falls Klonopin. So the Hampden County House of Correction wouldn't dare dispense other scheduled or controlled medications on its sprawling campus in Ludlow, would it, now? It would! Without fail, about 10 every morning, about half the inmates take the short walk to the dispensary ward for their daily opium fix! We couldn't make this up. Yes, the prison staff hands out synthetic opium preparations called methadone and suboxone to doped-out heroin street junkies, but not to anxiety patients who are confined with valid, legal prescriptions for benzodiazepine medication from an APRN, PA-C. The anxiolytic meds are taboo, the opiates, woo-hoo! Only in Massachusetts. In any event, this is an 8th Amendment violation for the anxiety sufferer who must endure severe withdrawal symptoms sustained throughout his confinement; expect further legal action as well, as the jail has no benzodiazepine policy in place and I have requested it many times.

C. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 19, 2025 — OCTOBER 3, 2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE JAIL FAILED TO DISPENSE AN IMPORTANT SEDATIVE MEDICATION FOR WHICH I HAD A VALID, LEGAL PRESCRIPTION FOR AN ACUTE CONDITION SPELLED OUT CLEARLY AS CRYSTAL IN THE FIFTH EDITION OF THE D.S.M. MEANWHILE, PRISON OFFICIALS DECIDED TO DISPENSE D.E.A. SCHEDULE I DRUGS METHADONE & SUBOXONE TO HEROIN STREET JUNKIES YEARS AGO. BENZODIAZEPINE MEDICATIONS, ON THE OTHER HAND, ARE D.E.A. SCHEDULE IV. THERE IS NO RHYME OR REASON, NOR IS THERE ANY KIND OF PRISONER-FACING (NEXT→)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BENZODIAZEPINE WITHDRAWALS ARE MISERABLE IF NOT TAPERED PROPERLY. I HAD BEEN PRESCRIBED A RATHER HIGH DOSE FOR SEVERAL YEARS; 2 MILLIGRAMS, TWICE A DAY. THE WITHDRAWALS CONSIST OF PANIC ATTACKS, NAUSEA, SWEATING, EMOTIONAL TURMOIL, PSYCHOLOGICAL STRESS, LIMBIC PAIN, OVERACTIVE AMYGDALA, AND TRAUMA. NEEDLESS TO SAY, I REQUIRED THE MEDICATION THAT HAD BEEN PRESCRIBED TO ME BY ANNMARIE BERNIER, APRN, PA-C, W. HARTFORD, CONN.; lotusaprn@icloud.com, 860/480-0198. I DID NOT RECEIVE IT, AND, FOLLOWING NEARLY FOUR MONTHS' CONFINEMENT, I HAVE YET TO MEET A PRESCRIBER. THERE ARE PROMISES I ONE DAY WILL...

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WOULD LIKE THE COURT TO ORDER RESTITUTION IN THE FORM OF COMPENSATION IN THE AMOUNT OF SEVEN HUNDRED FIFTY THOUSAND DOLLARS. IN A JUDICIAL ERA WHERE, FOR EXAMPLE, FEDERAL JUDGES ARE INTERPRETING THE EIGHTH AMENDMENT IN GEORGIA TO MEAN CRUEL AND UNUSUAL PUNISHMENT IS WHEN TRANSGENDER INMATES ARE UNABLE TO GET SURGERY, THEN IT WOULD ~~[redacted]~~ CERTAINLY STAND TO REASON THAT A STATE PRISON'S ADAMANCY ABOUT NOT DISPENSING AN INMATE'S REQUIRED PRESCRIPTION MEDICATION FOR HIS ANXIETY MEETS THE SAME THRESHOLD.

D. (CONTINUED)

POLICY. THIS IS JUST ANOTHER PRIME EXAMPLE OF CRIMINAL = JUSTICE BUREAUCRACY RUN AMOK. WHAT HAPPENED TO ME? THERE IS EXTREME ANXIETY IN THE AMYGDALA PART OF MY BRAIN; THE JAIL DOES DISPENSE A WEAK BENZODIAZEPINE CALLED LIBRIUM AT A VERY LOW DOSAGE TO ALCOHOLICS — AND I ASSUME THOSE WHO'VE TAKEN "BENZOS" — BUT ONLY FOR A FEW DAYS — AND THIS IN NO WAY COMPENSATES FOR THE MEDICAL ABOMINATION OF NOT DISPENSING TRANQUILIZERS IN WHAT IS PERHAPS THE WORLD'S MOST DISRUPTIVE SETTING. ESPECIALLY FOR AN ALREADY-SENSITIVE PERSON CONFINED FOR THE FIRST TIME, THE UNCONCERN FROM THE STAFF WAS MIND-BOGGLING. JAIL IS A PLACE WHERE THE SHOUTING NEVER STOPS, THE CLIENTELE IS BORDERING ON UNCIVILIZED, THE FOOD IS MADE OF SOYBEAN, THE TV BLARES AT 100; MY LIMBIC SYSTEM HAS HAD ENOUGH! IT IS PSYCHOLOGICAL AND EMOTIONAL OVERLOAD.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

HAMPDEN COUNTY HOUSE OF CORRECTION, LUDLOW, MASS.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

WITH MEDICAL STAFF.

2. What did you claim in your grievance?

THE VERY SAME AS IN THIS DISTRICT-COURT SUIT.

3. What was the result, if any?

NO SATISFACTION; NO CLONAZEPAM was dispensed.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

GRIEVANCE AFTER GRIEVANCE WAS FILED, REQUEST SHEET AFTER REQUEST SHEET. I HAD GOTTEN THE ATTENTION OF ERIN LA JEUNESSE IN THE MEDICAL WARD, WHO BRUSHED ME OFF QUICKLY; SHE HAD ONLY DEIGNED TO REPLY TO ME AFTER A MEETING WITH ASSISTANT SHERIFF BRIAN HOAR, WHO DEIGNED TO MEET ME AFTER I WROTE A LETTER TO SHERIFF COCCHI.

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. IT SEEMS TO ME, ~~litigation activity~~ IS THE ONLY WAY TO GET THE ATTENTION OF ANYONE AT THIS HOUSE OF CORRECTION. THERE ARE A LOT OF WHINERS, BUT BENZODIAZEPINES ARE A SERIOUS MEDICATION FOR WHICH ~~JAIL~~ JAIL OFFICIALS DO NOT EVEN HAVE A WRITTEN POLICY TO SHOW.
(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

    ☐ Yes

    ☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)

        Defendant(s)

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

    3.  Docket or index number

    4.  Name of Judge assigned to your case

    5.  Approximate date of filing lawsuit

    6.  Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition.

    7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    NO.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s)

       Defendant(s)

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    3. Docket or index number

    4. Name of Judge assigned to your case

    5. Approximate date of filing lawsuit

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: OCTOBER 2, 2025

OR: PO BOX 427
ENFIELD CT
06083

Signature of Plaintiff: C. Reilly
Printed Name of Plaintiff: CHRISTOPHER B. REILLY
Prison Identification #: 17 69 43
Prison Address: 627 RANDALL RD.
LUDLOW    MA    01056
City    State    Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address